UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61063-CIV-DAMIAN

**MARION ALEXIS MOON**, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

**FHIA, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal [ECF No. 41] ("Stipulation"), filed January 27, 2025.

THE COURT having reviewed the Stipulation and being otherwise fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED AND ADJUDGED as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE**.
2. Each party shall bear its own attorneys' fees and costs.
3. The Clerk of Court is directed to **CLOSE** this case.
4. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 27th day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**